IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEROY WALLS,

Plaintiff,

v.

COLLINS FINANCIAL SERVICES,   No.08-488-DRH

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's stipulation of dismissal with prejudice (Doc. 13). Specifically, Plaintiff, Leroy Walls, moves to dismiss his cause of action against Defendant, Collins Financial Services, Inc., with prejudice at Plaintiff's cost. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES** with prejudice at Plaintiff's cost Plaintiff's cause of action against the Defendant. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 10th day of December, 2008.

/S/   David R Herndon

**Chief Judge
United States District Court**